Argued before TRUAX and DUGRO, JJ.
*Davies & Rapallo,* for appellants.   *Leo C. Dessar,* for respondent.

PER CURIAM.   Judgment appealed from affirmed, with costs.

---

KERUOCHAN *et al.,* Respondents, *v.* NEW YORK EL. R. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.   February 13, 1891.)*

Appeal from special term.

Action by James P. Keruochan, as executor, and others, against the New York Elevated Railroad Company and others.   From an order denying leave to serve a supplemental answer, defendants appeal.   For former reports, see 8 N. Y Supp. 648, and *ante,* 624.

Argued before SEDGWICK and FREEDMAN, JJ.
*Samuel Blythe Rogers,* for appellants.   *G. Willett Van Nest,* for respondents.

PER CURIAM.   Order appealed from affirmed, with $10 costs

---

MESSENGER *v.* METROPOLITAN EL. RY. CO. *et al.,* (two cases.)

*(Superior Court of New York City, General Term.   February 13, 1891.)*

Appeal from special term.

Action by Henry Messenger against the Metropolitan Elevated Railway Company and others, and by John Messenger against the same defendants. There was a judgment for plaintiffs in both cases, and defendants appeal.

Argued before SEDGWICK, FREEDMAN, and INGRAHAM, JJ.
*Samuel Blythe Rogers,* for appellant.   *James B. Ludlow,* for respondents.

PER CURIAM.   Judgment affirmed, with costs.

---

LIPPE, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.   March 2, 1891.)*

Appeal from equity term.

Action by Charles Lippe against the Metropolitan Elevated Railway Company and others.   From a judgment in plaintiff's favor, defendants appeal. For appeal from order amending findings of fact, see 10 N. Y. Supp. 519.

Argued before TRUAX and DUGRO, JJ.
*Davies & Rapallo,* for appellants.   *Sackett & Bennett,* for respondent.

PER CURIAM.   Judgment affirmed, with costs.

---

HENNESSEY, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.   March 2, 1891.)*

Appeal from equity term.

Action by James Hennessey against the Metropolitan Elevated Railway Company and others.   From a judgment for plaintiff, defendants appeal.

Argued before TRUAX and DUGRO, JJ.
*Davies & Rapallo,* for appellants.   *L. C. Dessar,* for respondent.

PER CURIAM.   Judgment affirmed, with costs.